FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 1

| Case No.: | 15-07000 | Trustee Name: | Randall L. Woodruff |
|---|---|---|---|
| Case Name: | JONES, CHARLES PAUL AND JONES, ROBIN LYNNE | Date Filed (f) or Converted (c): | 08/18/2015 (f) |
| For the Period Ending: | 06/30/2017 | §341(a) Meeting Date: | 09/25/2015 |
| | | Claims Bar Date: | 01/26/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  residence at 2416 Mimosa Lane, Anderson, IN 46011 consisting of 2 bed; 2 bath; purchased 11/11 for $175,000 | $175,000.00 | $0.00 | OA | $0.00 | FA |
| 2  condo at Portamar 501, Puerto Vallarta, Jalisco, Mexico | $160,000.00 | $144,500.00 | | $0.00 | $160,000.00 |
| 3  checking/savings | $400.00 | $0.00 | OA | $0.00 | FA |
| 4  beds; sofa; dinette; televisions; chairs; lamps; drerssers; misc. household furniture, appliances, and electronics, all used Location: 2416 Mimosa Lane, Anderson IN 46011 | $2,500.00 | $0.00 | OA | $0.00 | FA |
| 5  books; pictures; household decor Location: 2416 Mimosa Lane, Anderson IN 46011 | $200.00 | $0.00 | OA | $0.00 | FA |
| 6  wearing apparel and personal effects Location: 2416 Mimosa Lane, Anderson IN 46011 | $100.00 | $0.00 | OA | $0.00 | FA |
| 7  wedding rings; costume jewelry | $400.00 | $0.00 | OA | $0.00 | FA |
| 8  401k/retirement from former employment | Unknown | $0.00 | OA | $0.00 | FA |
| 9  pension/retirement from former employer | Unknown | $0.00 | OA | $0.00 | FA |
| 10 2013 Toyota Rabb 4 (leased) | $0.00 | $0.00 | OA | $0.00 | FA |
| 11 time share at Bliss Resorts | Unknown | $0.00 | OA | $0.00 | FA |
| TOTALS (Excluding unknown value) | $338,600.00 | $144,500.00 | | $0.00 | Gross Value of Remaining Asset  $160,000.00 |

Major Activities affecting case closing:

05/01/2017   Trustee still trying to employ broker to sell condo.

06/01/2016   Trustee waiting on sales agent contract to expire so he can enter into contract with different sales agent. Contract expires 07/23/2016.

| Initial Projected Date Of Final Report (TFR): | 03/31/2017 | Current Projected Date Of Final Report (TFR): | 03/31/2018 | /s/ RANDALL L. WOODRUFF |
|---|---|---|---|---|
| | | | | RANDALL L. WOODRUFF |