SO ORDERED: February 20, 2018.



_____
Jeffrey J. Graham
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| IN RE: | ) | |
|---|---|---|
| | ) | |
| CHARLES PAUL JONES | ) | CASE NO. 15-07000-JJG-7A |
| ROBIN LYNNE JONES | ) | |
| | ) | |
| DEBTORS. | ) | |

### ORDER GRANTING MOTION TO SELL REAL ESTATE
### FREE AND CLEAR OF LIENS

This matter came before the Court on the Trustee's Motion to Sell Real Estate Free and Clear of Liens and Notice of Objection Deadline ("Motion"), and the Court having reviewed same and being duly advised in the premises, now finds that the Motion should be GRANTED. It is therefore

ORDERED that the Trustee be, and hereby is, authorized to sell free and clear of all valid liens and encumbrances, the Debtors' beneficial interest in a trust owning condominium unit #501 located at a building known as "Portamar" on road Francia Numero 481, Fraccionamiento Fluvial Vallarta in Puerto Vallarta, Jalisco, Mexico ("Unit #501), including furniture, fixtures, and appliances currently in Unit #501 (collectively with Unit #501, the "Asset"). Unit #501 consists of two bedrooms, two bathrooms, den, living room, dining room, kitchen, laundry area, and terrace, ("Real Estate") for the sum of $50,000.00, as is where is, with no warranties, subject to the rights of

the current tenants, as set forth in the Motion, and it is further,

ORDERED that all valid liens and encumbrances, if any, against the Real Estate shall attach to the proceeds of the sale; and it is further;

ORDERED that the Trustee and or counsel for the Trustee be, and hereby is, authorized to execute such documents as are necessary to complete the sale of the Real Estate.

### ###