UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                          )
                                                )
CHARLES PAUL JONES                              )   CASE NO. 15-07000-JJG-7A
ROBIN LYNNE JONES                               )
                                                )
          DEBTORS.                              )

## TRUSTEE'S REPORT OF SALE

Comes now the Trustee, Randall L. Woodruff, by counsel, and in support of this Report

of Sale, respectfully shows the Court as follows:

1.      The Trustee is the duly qualified and acting Trustee in the above-noted

bankruptcy case.

2.      On January 25, 2018, the Trustee filed his Motion to Sell Debtors' Interest in

Condominium (located in Puerto Vallarta, Jalisco, Mexico) at Private Sale Free and Clear of

Liens, Encumbrances, Claims and Interests [Doc 30].

3.      The Court approved the sale of the assets at auction in its order of February 20,

2018 [Doc 33] ("Sale Order").

4.      The sale was completed on May 13, 2019, realizing gross proceeds of $50,000.00.

Attached hereto and made a part hereof as Exhibit "A" see the settlement statement reflecting the

sale results, leaving a net amount to the estate of $11,769.25.

5.      The sale was reasonable in the premises, and another sale would not bring a

greater value.

RUBIN & LEVIN, P.C.

Attorneys for Trustee

By: /s/James T. Young
James T. Young, Atty. No. 13834-71
RUBIN & LEVIN, P.C.
135 N. Pennsylvania St., Ste. 1400
Indianapolis, IN  46204
317/634-0300; FAX 317/453-8613
james@rubin-levin.net


CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2019, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

| | |
|---|---|
| United States Trustee | ustpregion10.in.ecf@usdoj.gov |
| Randall L. Woodruff | rlwtrustee@comcast.net |
| James D. Gillespie | jamgilcw@yahoo.com |

I further certify that on May 29, 2019, a copy of the foregoing document was mailed by first-class U.S. Mail, postage prepaid, or via electronic transmission by this office, and properly addressed to the following:

N/A

/s/ James T. Young
James T. Young

JTY/llk
G:\WP80\TRUSTEE\Woodruff\Jones, Charles & Robin - 86142001\RptSale.wpd



RH NOTARIO PV, S. C.
RFC: RNP160706LE7
Paraguay No. 1101, Col. 5 de Diciembre, C.P. 48350
Puerto Vallarta, Jalisco, México.
Tels: (322) 2221010
www.notaria3pv.com

| | | | Fecha | 13/05/2019 |
|---|---|---|---|---|
| Presupuesto | 1 | | | |
| Nombre | JOHN PALUMBO*USO HABITACIONAL | | | |
| Dirección | DEPTO 501 TORRE 3, PORTAMAR | | | |
| Cod. Postal | Población y Edo. | FLUVIAL VALLARTA PUERTO VALLARTA, JALISCO | R.F.C. | |
| Descripción | Fideicomiso | Observaciones   APROXIMADO | | |

Con el ánimo de brindar certeza jurídica, confiabilidad y calidad en nuestro servicio, en estas oficinas se tramita y se obtiene la documentación necesaria para la formalización de sus operaciones.

| Descripción | Importe | Suma |
|---|---|---|
| **Valores** | | |
| Valor de Operación/PURCHASE VALUE | 953,550.00 | |
| Valor Fiscal Actualizado/APPRAISAL VALUE | 1,639,738.00 | |
| **Honorarios** | | |
| HONORARIOS/NOTARY FEES | $30,000.00 | |
| I.V.A./VAT | $4,800.00 | |
| Sub Total | | $34,800.00 |
| **Gastos** | | |
| PAGO DE PREDIAL/ PROPERTY TAXES PAYMENT | $32,000.00 | |
| Adeudo Honorarios Fiduciarios/ FIDUCIARY FEES DEBIT | $42,380.00 | |
| Honorarios Fiduciarios/ BANK FEES FOR THE CLOSING | $30,160.00 | |
| Cuotas de Mantenimiento/ Maintenance fees | $250,000.00 | |
| Cuotas del Apoderado del Vendedor/ Seller Proxy Legal Fees | $32,260.00 | |
| ISR POR ADQUISICION ART.189 25%/ Difference of Capital lost tax at the closing | $5,363.00 | |
| LIEN CANCELATION AT THE PUBLIC REGISTER | $5,000.00 | |
| Transmision Patrimonial y Forma/PATRIMONIAL TRANSMISSION TAX AND FORM | $34,465.00 | |
| Registro Vivienda/ PUBLIC REGISTER FEE | $4,000.00 | |
| Certificado No Adeudo y Forma/ CERTIFICATE OF NO DEBIT AND FORM | $200.00 | |
| Certificado Libertad Gravamen con Cautelar/CERTIFICATE OF NO LIEN | $502.00 | |
| Aviso Preventivo/ PREVENTIVE WARNING NOTIFICATION | $125.00 | |
| Avalúo/Appraisal | $4,300.00 | |
| Fideicomiso, Tramites, Asesoria, Viaticos para Firma/ Constitution of Trust, Travel Expenses of closing, apostille translation... | $65,000.00 | |
| Registro Nacional de Inversión Extranjera/National Registry of foreign Investment | $2,000.00 | |
| Aviso Archivo de Instrumentos Públicos/ Public Instrument Notification | $125.00 | |
| Copias/ Copies | $300.00 | |
| Poder / Seller Powe of Attorney | $3,500.00 | |
| ISR POR ADQUISICION ART.189 25%/ Capital lost tax | $166,185.00 | |
| SELLER PAYMENT | $240,885.00 | |
| Sub Total | | $918,750.00 |
| Total | | $953,550.00 |

 Que tenga un Feliz día!!!

Acepto
Nombre Y Firma



**OFFICE OF**
**JOHN A. PALUMBO**
10175 FORTUNE PKWY, SUITE 101
JACKSONVILLE, FL 32256

19855

BANK OF AMERICA
JACKSONVILLE, FL 32256
63-4/630

05/22/19

PAY TO THE
ORDER OF    Randall L. Woodruff, Trustee                                              $ **11,769.25

Eleven Thousand Seven Hundred Sixty-Nine and 25/100************************************************************    DOLLARS

Randall L. Woodruff, Trustee
115-A E. 9th Street
Anderson, IN  46016

Check void after 60 days

MEMO
Jones Est. 15-07000

AUTHORIZED SIGNATURE

---

OFFICE OF / JOHN A. PALUMBO                                                                19855

Randall L. Woodruff, Trustee                                          05/22/19

| Date | Type | Reference | Original Amt. | Balance Due | Discount | Payment |
|------|------|-----------|---------------|-------------|----------|---------|
| 05/15/19 | Bill | Jones 15-07000 | 11,769.25 | 11,769.25 | | 11,769.25 |
| | | | | | Check Amount | 11,769.25 |

Bank of America          Jones Est. 15-07000**EXHIBIT "A" Page 2 of 8**                    11,769.25

06300001 7    019855

00218650162 9

OFFICE OF

Security Features exceed industry standards and include:
- ImageMatch℠: Matching account and check number
  on back (Patent No. 9,240,088)
- MobileMark℠: Mobile Deposit check mark to indicate
  check has been deposited via mobile device
- The Security Weave® pattern on back designed to deter fraud
- Microprint (*MP*) lines printed on front and back
- The words "ORIGINAL DOCUMENT" across the back
- Photo Safe Deposit℠ Icon visible on front and back

Do not cash if:
- Any of the features listed above are missing or appear altered
- Fugitive ink on back looks pink or has disappeared
- Brown stains or colored spots appear on both front and back,
  and in Chemical Wash Detection Box

☐ CHECK HERE IF MOBILE DEPOSIT
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

**EXHIBIT "A" Page 3 of 8**

5/15/2019    https://transfers.bankofamerica.com/jsp/bofa/transfer_printable_version_df.jsp?isConfirm=false&transferDate=May 15, 2019 01:02

 **Bank of America**

Print

From:    xxxxxxxx1629

To:    xxxxxxxxxxxxxx3860

Description:    Puerto Vallarta

**Total Transfer Amount with Fees**                                      Receipt

Bank of America, N.A.
PO Box 25118
Tampa, FL 33622-5118

Transfer Date: May 15, 2019 01:02

**Sender**
JOHN PALUMBO
10175 FORTUNE PKWY UNIT 101
JACKSONVILLE, FL 32256

**Recipient**
Francisco Jose Ruiz Higuera
Paraguay 1101, Col. 5 de Dic.
Puerto Vallarta, MEXICO 48350 MX

**Transfer Information**
Confirmation Code: FZ4XPQGD2
Date Available:May 17, 2019
Funds may be made available sooner.

**Recipient Bank Information**
Bank Name: Banco Santander Mexic...
Account Name: Francisco Jose Ruiz Higuera
Bank Account #:xxxxxxxxxxxxxx3860
Routing ID: SWIFTBMSXMXMM

| | |
|---|---|
| Transfer Amount | $8,922.73 |
| Transfer Fees | +$35.00 |
| Total | $8,957.73 |

**Exchange Rate: US $1.00 = 18.6249 MXN**

| | |
|---|---|
| Transfer Amount | 166,185.00 MXN |
| Other Fees * | -0.00 MXN |
| Total to Recipient | 166,185.00 MXN |

Recipient may receive less due to fees charged by the recipient's financial institution and foreign taxes.

You have a right to dispute errors in your transaction. If you think there is an error, contact us within 180 days at 1.877.337.8357, or from outside of the U.S., contact us at 1.302.781.6374 (collect calls accepted); or www.bankofamerica.com/internationalremittancetransfer. You can also contact us for a written explanation of your rights.

You can cancel this transfer for a full refund within 30 minutes of payment, unless the funds have been picked up or deposited. The best way to cancel is to sign in to your account at www.bankofamerica.com and access the Transfer Activity tab by selecting Using a Wire from the Transfers menu. You can also call us at 1.877.337.8357, Monday through Friday from 7:00 a.m. to 10:00 p.m., and Saturday and Sunday from 8:00 a.m. to 5:00 p.m., local time. From outside of the U.S., call us collect at 1.302.781.6374.

For questions or complaints about Bank of America, N.A., contact:
Consumer Financial Protection Bureau
855.411.2372
855.729.2372 (TTY/TDD)
www.consumerfinance.gov/sending-money/

*"Other fees" represents our understanding of fees that may be deducted from the remittance transfer as part of the wire transfer process.

Bank of America, N.A., may make money from the foreign currency exchange.

5/15/2019          https://transfers.bankofamerica.com/jsp/bofa/transfer_printable_version_df.jsp?isConfirm=false&transferDate=May 15, 2019 01:20

 **Bank of America**

Print

| | |
|---|---|
| **From:** | xxxxxxxx1629 |
| **To:** | xxxxxxxxxxxxx3385 |
| **Description:** | HOA Fees and Trust Expenses |

**Total Transfer Amount with Fees**                                           Receipt

Bank of America, N.A.
PO Box 25118
Tampa, FL 33622-5118

**Transfer Date:** May 15, 2019 01:20

**Sender**
JOHN PALUMBO
10175 FORTUNE PKWY UNIT 101
JACKSONVILLE, FL 32256

**Recipient**
Ana Gabriela Armendariz Barreto
Paraguay 1101, Col. 5 de Dic.
Puerto Vallarta, MEXICO 48350 MX

**Transfer Information**
Confirmation Code: SHUVCS7NJ
Date Available:May 17, 2019
Funds may be made available sooner.

**Recipient Bank Information**
Bank Name: Banco Santander Mexic...
Account Name: Ana Gabriela Armendariz
Barreto
Bank Account #:xxxxxxxxxxxxxx3385
Routing ID: SWIFTBMSXMXMM

| | |
|---|---|
| Transfer Amount | $20,915.01 |
| Transfer Fees | +$35.00 |
| Total | $20,950.01 |

**Exchange Rate: US $1.00 = 18.6249 MXN**

| | |
|---|---|
| Transfer Amount | 389,540.00 MXN |
| Other Fees * | -0.00 MXN |
| Total to Recipient | 389,540.00 MXN |

Recipient may receive less due to fees charged by the recipient's financial institution and foreign taxes.

You have a right to dispute errors in your transaction. If you think there is an error, contact us within 180 days at 1.877.337.8357, or from outside of the U.S., contact us at 1.302.781.6374 (collect calls accepted); or www.bankofamerica.com/internationalremittancetransfer. You can also contact us for a written explanation of your rights.

You can cancel this transfer for a full refund within 30 minutes of payment, unless the funds have been picked up or deposited. The best way to cancel is to sign in to your account at www.bankofamerica.com and access the Transfer Activity tab by selecting Using a Wire from the Transfers menu. You can also call us at 1.877.337.8357, Monday through Friday from 7:00 a.m. to 10:00 p.m., and Saturday and Sunday from 8:00 a.m. to 5:00 p.m., local time. From outside of the U.S., call us collect at 1.302.781.6374.

For questions or complaints about Bank of America, N.A., contact:
Consumer Financial Protection Bureau
855.411.2372
855.729.2372 (TTY/TDD)
www.consumerfinance.gov/sending-money/

*"Other fees" represents our understanding of fees that may be deducted from the remittance transfer as part of the wire transfer process.

Bank of America, N.A., may make money from the foreign currency exchange.

**EXHIBIT "A" Page 5 of 8**

**Bank of America** 

<u>Print</u>

From:   xxxxxxxx1629

To:   xxxxxxxxxxxxxx7401

Description:   Ordinary Closing Expenses

---

**Total Transfer Amount with Fees**                Receipt

---

Bank of America, N.A.
PO Box 25118
Tampa, FL 33622-5118

**Transfer Date:** May 15, 2019 01:23

**Sender**
JOHN PALUMBO
10175 FORTUNE PKWY UNIT 101
JACKSONVILLE, FL 32256

**Recipient**
RH Notario PV, S.C.
Paraguay 1101, Col. 5 de Dic.
Puerto Vallarta, MEXICO 48350 MX

**Transfer Information**
Confirmation Code: DFRE9779Z
Date Available:May 17, 2019
Funds may be made available sooner.

**Recipient Bank Information**
Bank Name: Banco Santander Mexic...
Account Name: RH Notario PV, S.C.
Bank Account #:xxxxxxxxxxxxxx7401
Routing ID: SWIFTBMSXMXMM

| | |
|---|---|
| Transfer Amount | $6,137.86 |
| Transfer Fees | +$35.00 |
| Total | $6,172.86 |

**Exchange Rate: US $1.00 = 18.6249 MXN**

| | |
|---|---|
| Transfer Amount | 114,317.00 MXN |
| Other Fees * | -0.00 MXN |
| Total to Recipient | 114,317.00 MXN |

Recipient may receive less due to fees charged by the recipient's financial institution and foreign taxes.

You have a right to dispute errors in your transaction. If you think there is an error, contact us within 180 days at 1.877.337.8357, or from outside of the U.S., contact us at 1.302.781.6374 (collect calls accepted); or www.bankofamerica.com/internationalremittancetransfer. You can also contact us for a written explanation of your rights.

You can cancel this transfer for a full refund within 30 minutes of payment, unless the funds have been picked up or deposited. The best way to cancel is to sign in to your account at www.bankofamerica.com and access the Transfer Activity tab by selecting Using a Wire from the Transfers menu. You can also call us at 1.877.337.8357, Monday through Friday from 7:00 a.m. to 10:00 p.m., and Saturday and Sunday from 8:00 a.m. to 5:00 p.m., local time. From outside of the U.S., call us collect at 1.302.781.6374.

For questions or complaints about Bank of America, N.A., contact:
Consumer Financial Protection Bureau
855.411.2372
855.729.2372 (TTY/TDD)
www.consumerfinance.gov/sending-money/

*"Other fees" represents our understanding of fees that may be deducted from the remittance transfer as part of the wire transfer process.

Bank of America, N.A., may make money from the foreign currency exchange.

Transfer Submitted                            close window

---

**Print this Page**

**Transfer status: In Process**
**Confirmation Number: 263667088**

### Transfer Accounts

         **From:**   CBB Ckg 1629 : Avail. Bal $25,286.50

         **To:**   Allan Molina (SunTrust Bank)

### Transfer Details

**Send amount**

     Send amount:   $1,697.89

     Additional fee:   $10.00

**Transfer description**

**Transfer dates**

        Frequency:   One time, immediately

    Delivery speed:   Next Business Day

   Delivery method:   ACH

      Start on date:   05/16/2019

Estimated delivery date:   05/17/2019
                   **Note:** The receiving bank may make funds available
                   later than this.

**Send email to recipient**

          Email to:

       Email from:

           Subject:

         Message:

**Transfer on behalf of**

            Name:

                ID:

             Email:

    Street address:

               City:

             State:

         Country:

      Postal code:

**EXHIBIT "A" Page 7 of 8**

**Bank of America** 🇺🇸

## Print

| | |
|---|---|
| **From:** | xxxxxxxx1629 |
| **To:** | xxxxxxxxxxxxx3385 |
| **Description:** | John Palumbo C .<br>Jones 501Portamar |

**Total Transfer Amount with Fees**        **Receipt**

---

Bank of America, N.A.
PO Box 25118
Tampa, FL 33622-5118

**Sender**
JOHN PALUMBO
10175 FORTUNE PKWY UNIT 101
JACKSONVILLE, FL 32256

**Transfer Information**
Confirmation Code: AESXHKP9Q
Date Available:May 23, 2019
Funds may be made available sooner.

**Transfer Date:** May 21, 2019 02:52

**Recipient**
Ana Gabriela Armendariz Barreto
Paraguay 1101, Col. 5 de Dic.
Puerto Vallarta, MEXICO 48350 MX

**Recipient Bank Information**
Bank Name: Banco Santander Mexic...
Account Name: Ana Gabriela Armendariz
Barreto
Bank Account #:xxxxxxxxxxxxx3385
Routing ID: SWIFTBMSXMXMM

| | |
|---|---|
| Transfer Amount | $557.26 |
| Transfer Fees | +$35.00 |
| Total | $592.26 |

**Exchange Rate: US $1.00 = 18.5962 MXN**

| | |
|---|---|
| Transfer Amount | 10,363.00 MXN |
| Other Fees * | -0.00 MXN |
| Total to Recipient | 10,363.00 MXN |

Recipient may receive less due to fees charged by the recipient's financial institution and foreign taxes.

You have a right to dispute errors in your transaction. If you think there is an error, contact us within 180 days at 1.877.337.8357, or from outside of the U.S., contact us at 1.302.781.6374 (collect calls accepted); or www.bankofamerica.com/internationalremittancetransfer. You can also contact us for a written explanation of your rights.

You can cancel this transfer for a full refund within 30 minutes of payment, unless the funds have been picked up or deposited. The best way to cancel is to sign in to your account at www.bankofamerica.com and access the Transfer Activity tab by selecting Using a Wire from the Transfers menu. You can also call us at 1.877.337.8357, Monday through Friday from 7:00 a.m. to 10:00 p.m., and Saturday and Sunday from 8:00 a.m. to 5:00 p.m., local time. From outside of the U.S., call us collect at 1.302.781.6374.

For questions or complaints about Bank of America, N.A., contact:
Consumer Financial Protection Bureau
855.411.2372
855.729.2372 (TTY/TDD)
www.consumerfinance.gov/sending-money/

*"Other fees" represents our understanding of fees that may be deducted from the remittance transfer as part of the wire transfer process.

Bank of America, N.A., may make money from the foreign currency exchange.